Diana M. Torres (SBN 162284)
KIRKLAND & ELLIS LLP
333 South Hope St
Los Angeles, CA 90071
(213) 680-8400
(213) 680-8500
diana.torres@kirkland.com

Dale M. Cendali (admitted *pro hac vice*)
Claudia Ray (admitted *pro hac vice*)
Joshua Simmons (admitted *pro hac vice*)
Jacob Victor (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Fax: (212) 446-6460
dale.cendali@kirkland.com
claudia.ray@kirkland.com
joshua.simmons@kirkland.com
jacob.victor@kirkland.com

*Attorneys for Plaintiff Drybar Holdings LLC*

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| DRYBAR HOLDINGS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PETSMART INC., a Delaware corporation; FETCH . . . FOR PETS!; FETCH. . . FOR COOL PETS LLC, a New Jersey limited liability company; and DOES 1-10,<br><br>Defendants. | Case No. 8:17-cv-02224 JVS (DFMx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

1  IT IS HEREBY ORDERED, that the Complaint of plaintiff Drybar Holdings LLC
2  ("Plaintiff") in USDC case no. 8:17-cv-02224 JVS (DFMx) is hereby dismissed in its
3  entirety, with prejudice.
4  IT IS SO ORDERED.

8  DATED:  April 18, 2018

_____
Hon. James V. Selna
United States District Judge